No. 74–1025. HINES ET AL. *v.* ANCHOR MOTOR FREIGHT, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 421 U. S. 928.] Motion to substitute Chrya J. Cartwright, Administratrix of Estate of Arthur D. Cartwright, as a party petitioner in place of Arthur D. Cartwright, deceased, granted.

No. 75–5402. FAISON *v.* WASHINGTON. Motion for leave to file petition for writ of certiorari denied.

No. 75–5375. JOHNSON *v.* CICCIONE ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 75–5315. CHILEMBWE *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA ET AL.;

No. 75–5410. STRATTON *v.* UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT; and

No. 75–5427. TUBBS *v.* SUPREME COURT OF TEXAS. Motions for leave to file petitions for writs of mandamus denied.

No. 75–288. SLOAN *v.* COURT OF APPEALS OF NEW YORK. Motion for leave to file petition for writ of mandamus and/or other relief denied.

No. 75–73. BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. *v.* BAIRD ET AL.; and

No. 75–109. HUNERWADEL *v.* BAIRD ET AL. Appeals from D. C. Mass. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Cases set for oral argument with Nos. 74–1151, *Planned Parenthood of Central Missouri* v. *Danforth,* and 74–1419, *Danforth* v. *Planned Parenthood of Central Missouri* [probable jurisdiction noted, *ante,* p. 819]. Reported below: 393 F. Supp. 847.